UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24cr416-JSM-TGW

QORNELIOUS CAMPBELL,
KENNETH COLE II,
KENISHA COFFER,
D'ANDRANIKA CREWS,
EBONY FIELDS,
VICTORIA FERRER,
AALIYAH GOTAY-WOODS,
BRE'ASIA HARRIS,
JAUN HILLMAN,
KEITH HONORS JR.,
KENDRICK ILES,
ARKURIA LEWIS,
DEVEN LITTLE,
JOSIE LOPEZ,
CLARISSA MORRIS,
TAMIRIA PERRY,
MARK QUESNEL,
TAMARIES RICHARDSON, and
KALEI SPICER

18 USC § 1344

SEALED

SEP 18 2024 PM 1:34
FILED - USDC - FLMD - TPA

**INDICTMENT**

The Grand Jury charges:

**COUNTS ONE**
**(Conspiracy to Commit Bank Fraud)**

A.    **Introduction**

At all times material to this Indictment:

1.     Defendants Qornelious Campbell, Kenneth Cole II, Kenisha Coffer, D'Andranika Crews, Ebony Fields, Victoria Ferrer, Aaliyah Gotay-Woods, Bre'asia Harris, Jaun Hillman, Keith Honors Jr., Kendrick Iles, Arkuria Lewis, Deven Little, Josie Lopez, Clarissa Morris,  Tamiria Perry, Mark Quesnel, Tamaries Richardson and Kalei Spicer, (hereinafter the "Co-Conspirators") resided in the Middle District of Florida.

3.     Banks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19 were financial institutions with deposits insured by the Federal Deposit Insurance Corporation. Banks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 17, 18, and 19 maintained branch offices in the Middle District of Florida.

4.     Credit Unions 1, 2, and 3 were federally chartered credit unions with branches located in the Middle District of Florida and elsewhere. Credit Unions 1, 2, and 3 were financial institutions, and its accounts and deposits were insured by the National Credit Union Association Share Insurance Fund. Credit Unions 1, 2, and 3 maintained branches and Automatic Teller Machines ("ATMs") in the Middle District of Florida.

5.     Company 1 was a business located in North Carolina that maintained a corporate bank account ending in x5609 with Bank 16.

6.     P.P.G. is an individual who resided in Wyoming that maintained a bank account ending in x7634 with Bank 14.

7.     Company 3 was a business located in Florida that maintained a corporate bank account ending in x2360 with Bank 17.

8.     Company 4 was a business located in Florida that maintained corporate bank accounts ending in x3513 and x6897 with Bank 1.

9.     Company 5 was a business located in Florida that maintained a corporate bank account ending in x1348 with Bank 2.

10.    Company 6 was a business located in New York that maintained a corporate bank account ending in x0956 with Bank 5.

11.    Company 7 was a business located in Florida that maintained a corporate bank account ending in x5907 with Bank 8.

12.    Company 8 was a business located in Florida that maintained a corporate bank account ending in x3919 with Bank 19.

13.    Company 9 was a business located in Florida that maintained a corporate bank account ending in x9153 with Bank 17.

14.    Company 10 was a business located in Florida that maintained a corporate bank account ending in x3580 with Bank 6.

15.    Company 11 was a business located in Florida that maintained a corporate bank account ending in x0562 with Bank 18.

16.    Company 12 was a business located in Florida that maintained a corporate bank account ending in x1312 with Bank 15.

17.    Company 13 was a business located in Florida that maintained a corporate bank account ending in x9925 with Credit Union 3.

18.    Company 14 was a business located in Florida that maintained corporate bank accounts ending in x6572 and x7689 with Bank 2.

19.     Company 15 was a business located in Georgia that maintained a corporate bank account ending in x5208 with Bank 13.

20.     Company 16 was a business located in Florida that maintained a corporate bank account ending in x5187 with Bank 3.

21.     Company 17 was a business located in Illinois that maintained a corporate bank account ending in x0956 with Bank 1.

22.     Company 18 was a business located in Florida that maintained a corporate bank account ending in x4397 with Bank 11.

23.     Company 19 was a business located in Florida that maintained a corporate bank account ending in x6807 with Bank 12.

24.     Company 20 was a business located in Florida that maintained a corporate bank account ending in x0562 with Bank 18.

25.     Company 21 was a business located in Pennsylvania that maintained a corporate bank account ending in x3357 with Bank 4.

26.     Company 22 was a business located in Florida that maintained a corporate bank account ending in x5203 with Bank 4.

27.     Company 23 was a business located in Florida that maintained a corporate bank account ending in x0358 with Credit Union 3.

28.     T.D.B. is an individual who resided in North Carolina that maintained a bank account ending in x1454 with Bank 4.

29.     A.D.K. is an individual who resided in Florida that was the remitter of a cashier's check for a bank account ending in x1326 with Bank 1.

30.     T.S. is an individual who resided in Florida that was the remitter of two cashier's checks for a bank account ending in x1326 with Bank 1.

31.     A "means of identification," was any name or number that could be used, alone or in conjunction with any other information, to identify a specific individual, including any name, social security number, date of birth, official State or government issued driver's license or identification number, any unique electronic identification number, address or routing code, or any access device such as card, account number, personal identification number, or other means of account access that could be used alone on in conjunction with another access device, to obtain money, goods, services, or other things of value, or could be used to initiate a transfer of funds.

32.     A credit card or debit card was an "access device." A credit card was a thin plastic card, usually 3-1/8 inches by 2-1/8 inches that contained identification information and authorized the person named on the card to make charges for which he or she was billed periodically by the card issuer. A debit card looked like and generally contained the same information as a credit card, but immediately withdrew the money from the card holder's affiliated bank account.

## B.    The Conspiracy

33.    From an unknown date, but at least as early as in or around July 2021, and continuing through in or about November 2023, in the Middle District of Florida, and elsewhere, the defendants,

QORNELIOUS CAMPBELL
KENNETH COLE II
KENISHA COFFER
D'ANDRANIKA CREWS
EBONY FIELDS
VICTORIA FERRER
AALIYAH GOTAY-WOODS
BRE'ASIA HARRIS
JAUN HILLMAN
KEITH HONORS JR.
KENDRICK ILES
ARKURIA LEWIS
DEVEN LITTLE
JOSIE LOPEZ
CLARISSA MORRIS
TAMIRIA PERRY
MARK QUESNEL
TAMARIES RICHARDSON
KALEI SPICER

did willfully and knowingly combine, conspire, confederate and agree with others, both known and unknown to the Grand Jury, to knowingly, and with intent to defraud, execute, and attempt to execute, a conspiracy to defraud financial institutions, and to obtain monies, funds, credits, assets, and other property owned by, and under the custody and control of, one or more financial institutions, by means of materially false and fraudulent pretenses, representations, promises, and omissions relating to a material fact, in violation of 18 U.S.C. § 1344.

## C.   Manner and Means ~~of the Scheme and Artifice~~

34.   The manner and means by which the co-conspirators achieved the objects of the conspiracy included, among others, the following:

a.   It was a part of the conspiracy that co-conspirators would and did prepare and submit, and cause to be prepared and submitted, fraudulent checks that included materially false and fraudulent representations and pretenses.

b.   It was further part of the conspiracy that co-conspirators would and did solicit, and cause to be solicited, and obtain electronic communications and otherwise exchange personal identifying information ("PII") of other persons in order to obtain bank accounts to deposit fraudulent checks.

c.   It was further part of the conspiracy that co-conspirators would and did direct others to provide debit cards, bank account numbers, PINs, and online banking information.

d.   It was further part of the conspiracy that co-conspirators would and did recruit co-conspirators via social media and text messages to participate in the conspiracy in exchange for a share of the illegally obtained proceeds.

e.   It was further part of the conspiracy that co-conspirators would and did provide debit cards, PIN numbers, online bank accounts and other account information to co-conspirators for the benefit of the conspiracy.

f.   It was further part of the conspiracy that co-conspirators would and did fraudulently deposit counterfeit checks throughout various bank accounts

throughout the Middle District of Florida, including Orlando, Winter Haven, Lakeland, Bartow, Tampa, as well as in Miami.

g.     It was further part of the conspiracy that co-conspirators would and did receive a portion of the fraudulent deposited checks and would use, and attempt to use, the currency obtained from the fraudulent checks, and to transfer funds to be used for their own personal enrichment, and to purchase goods and services.

h.     It was further part of the conspiracy that conspirators would and did perform acts and make statements to misrepresent, hide, and conceal, and cause to be misrepresented, hidden, and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

**D.     Overt Acts**

35.     In furtherance of the conspiracy, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

a.     Between on or about July 2021, and June 2023, co-conspirators sent and received SnapChat communications and text messages in which they shared a plan to deposit and withdraw funds from fraudulent checks into bank accounts with Bank 1, 2, 3, 4, 5, 7, 8, 9, and 10 and Credit Union 1 and 2.

b.     Between on or about July 2021, and June 2023, co-conspirators sent and received SnapChat communications and text messages in which they shared PII, including bank account information, log on passwords, online identifications, addresses, dates of birth and other in order to deposit fraudulent checks into

accounts with Bank 1, 2, 3, 4, 5, 7, 8, 9, and 10 and Credit Union 1 and 2.

   c.  On or about August 27, 2021, co-conspirators deposited a fraudulent check into a bank account with Bank 5.

   d.  On or about October 29, 2021, co-conspirators deposited a fraudulent check into a bank account with Bank 2.

   e.  Between on or about March 1, 2022, to March 3, 2022, co-conspirators deposited fraudulent checks into a bank account with Bank 7.

   f.  On or about March 23, 2022, co-conspirators deposited a fraudulent check into an account with Bank 1.

   g.  Between March 23, 2022, and March 25, 2022, co-conspirators withdrew money from that fraudulent check from a checking account with Bank 1.

   h.  On or about May 18, 2022, co-conspirators deposited a fraudulent check into an account with Credit Union 2.

   i.  On or about May 19, 2022, co-conspirators deposited fraudulent checks into bank accounts with Banks 1 and 5.

   j.  Between May 16, 2022, and May 31, 2022, co-conspirators withdrew money from that fraudulent check from a checking account with Bank 4.

   k.  On or about June 8, 2022, co-conspirators deposited a fraudulent check into a bank account with Bank 1.

   l.  On or about June 29, 2022, co-conspirators deposited a fraudulent check into a bank account with Bank 4.

m.      On or about August 3, 2022, co-conspirators deposited a fraudulent check into a bank account with Bank 10.

n.      On or about February 27, 2023, and February 28, 2023, co-conspirators deposited fraudulent checks into a bank account with Bank 3.

o.      Between on or about March 23, 2023, and March 30, 2023, co-conspirators deposited fraudulent checks into a bank account with Credit Union 1.

p.      On or about April 5, 2023, co-conspirators deposited a fraudulent check into a bank account with Bank 1

q.      On or about April 6, 2023, co-conspirators deposited fraudulent checks into bank accounts with Bank 4 and Credit Union 1.

r.      On or about April 17, 2023, co-conspirators deposited a fraudulent check into a bank account with Bank 8.

s.      On or about April 28, 2023, co-conspirators deposited a fraudulent check into a bank account with Bank 8.

t.      On or about May 1, 2023, co-conspirators deposited a fraudulent check into an account with Credit Union 1.

u.      On or about May 4, 2023, co-conspirators deposited fraudulent checks into bank accounts with Bank 2.

v.      Between on or about May 8, 2023, and May 9, 2023, co-conspirators deposited fraudulent checks into an account with Bank 9.

w.      Between May 8, 2023, and May 9, 2023, co-conspirators spent the illegally obtained funds from Bank 9 in various businesses throughout the Middle District of Florida.

x.      Between on or about May 16, 2023, and May 18, 2023, co-conspirators deposited fraudulent checks into bank accounts with Credit Union 1.

y.      On or about May 23, 2023, co-conspirators deposited a fraudulent check into a bank account with Credit Union 1.

z.      On or about May 25, 2023, co-conspirators deposited a fraudulent check into a bank account with Bank 4.

aa.     Between May 26, 2023, and June 8, 2023, co-conspirators spent the illegally obtained funds from Bank 4 in various businesses throughout the Middle District of Florida.

bb.     On or about October 10, 2023, co-conspirators deposited a fraudulent check into a bank account with Credit Union 1.

cc.     Between on or about October 18, 2023, and October 20, 2023, co-conspirators deposited fraudulent checks into a bank account with Credit Union 1.

dd.     On or about October 23, 2023, co-conspirators conducted an ATM withdrawal of the fraudulent funds that were deposited into an account with Credit Union 1.

ee.     Between October 19, 2023, and October 20, 2023, conspirators spent the illegally obtained funds from a bank account at Credit Union 1 in various businesses throughout the Middle District of Florida.

ff.    On or about November 1, 2023, co-conspirators deposited a fraudulent check into a bank account with Credit Union 2.

All in violation of 18 U.S.C. § 1349.

**COUNTS TWO THROUGH TWENTY**
**(Bank Fraud and Attempted Bank Fraud)**

**A.    Introduction**

1.    The allegations contained in Sections A of Count One of this Indictment are realleged and incorporated by reference as if fully set forth herein.

**B.    The Scheme and Artifice**

2.    On or about the date set forth below in each count, in the Middle District of Florida, and elsewhere, the defendants,

QORNELIOUS CAMPBELL
KENNETH COLE II
KENISHA COFFER
D'ANDRANIKA CREWS
EBONY FIELDS
VICTORIA FERRER
AALIYAH GOTAY-WOODS
BRE'ASIA HARRIS
JAUN HILLMAN
KEITH HONORS JR.
KENDRICK ILES
ARKURIA LEWIS
DEVEN LITTLE
JOSIE LOPEZ
CLARISSA MORRIS
TAMIRIA PERRY
MARK QUESNEL
TAMARIES RICHARDSON
KALEI SPICER

knowingly and intentionally executed and attempted to execute the aforesaid scheme and artifice, by depositing counterfeit, fictitious and altered checks into accounts maintained at various banks and credit unions and withdrawing funds from the same, in violation of 18 U.S.C. §§ 1344 and 2.

### C.   The Manner and Means of the Scheme and Artifice

3.     The allegations contained in Section C of Count One of this Indictment are realleged and incorporated by reference as if fully set forth herein.

### D.   Execution of the Scheme and Artifice

4.     From an unknown date, but at least as early as in or around July 2021, and continuing through in or around November 2023, in the Middle District of Florida, and elsewhere, the defendants,

QORNELIOUS CAMPBELL
KENNETH COLE II
KENISHA COFFER
D'ANDRANIKA CREWS
EBONY FIELDS
VICTORIA FERRER
AALIYAH GOTAY-WOODS
BRE'ASIA HARRIS
JAUN HILLMAN
KEITH HONORS JR.
KENDRICK ILES
ARKURIA LEWIS
DEVEN LITTLE
JOSIE LOPEZ
CLARISSA MORRIS
TAMIRIA PERRY
MARK QUESNEL
TAMARIES RICHARDSON

KALEI SPICER

knowingly and intentionally executed and attempted to execute the aforesaid scheme

and artifice, by depositing and causing to be deposited counterfeit, fictitious and

altered checks into accounts maintained at various banks and credit unions and

withdrawing funds from the same, as set forth below:

| COUNT AND DEFENDANT | DATE | DEPOSITED CHECK | BANK ACCOUNT | AMOUNT |
|---|---|---|---|---|
| TWO AALIYAH GOTAY-WOODS | 8/27/2021 | Check #8915 drawn on Company 15's bank account ending in x5208 at Bank 13 payable to Account Holder A.G. | Account Holder A.G.'s Bank 5 Account ending in x9807 | $3,856.00 |
| THREE JOSIE LOPEZ | 10/29/2021 | Check #3194 drawn on P.P.G.'s bank account ending in x7634 at Bank 14 payable to Account Holder J.L. | Account Holder J.L.'s Bank 2 Account ending in x5520 | $2,970.00 |
| FOUR KALEI SPICER | Between 3/1/22 and 3/3/22 | Check #5714 drawn on Company 4's bank account ending in x3513 at Bank 1 payable to Account Holder K.S. | Account Holder K.S.'s Bank 7 Account ending in x4784 | $5,000.00 |

| COUNT AND DEFENDANT | DATE | DEPOSITED CHECK | BANK ACCOUNT | AMOUNT |
|---|---|---|---|---|
| **FIVE** **KENNISHA COFFER** | 3/23/2022 | Check #6016 drawn on Company 4's bank account ending in x3513 at Bank 1 payable to Account Holder K.C. | Account Holder K.C.'s Bank 1 Account ending in x8852 | $9,800.00 |
| **SIX** **JAUN HILLMAN** | 5/18/2022 | Check #3187 drawn on Company 17's bank account ending in x0956 at Bank 1 payable to Account Holder J.H. | Account Holder J.H.'s Credit Union 2 Account ending in x9052 | $32,000.00 |
| **SEVEN** **TAMIRIA PERRY** | 5/19/2022 | Check #166 drawn on Company 6's bank account ending in x0956 at Bank 5 payable to Account Holder T.P. | Account Holder T.P.'s Bank 5 Account ending in x2006 | $8,000.00 |
| **EIGHT** **EBONY FIELDS** | 5/19/2022 | Check #6670 drawn on Company 4's bank account ending in x6897 at Bank 1 payable to Account Holder E.F. | Account Holder E.F.'s Bank 1 Account ending in x0780 | $9,700.10 |
| **NINE** **CLARISSA MORRIS** | 6/8/2022 | Check #24857929 drawn on Company 20's bank account ending in x0562 at Bank 18 payable to Account Holder C.M. | Account Holder C.M.'s Bank 1 Account ending in x5470 | $13,600.12 |

| COUNT AND DEFENDANT | DATE | DEPOSITED CHECK | BANK ACCOUNT | AMOUNT |
|---|---|---|---|---|
| **TEN** BRE'ASIA HARRIS | 2/27/2023 | Check #001177 drawn on Company 16's bank account ending in x5187 at Bank 3 payable to Account Holder B.H. | Account Holder B.H.'s Bank 3 Account ending in x4963 | $2,326.50 |
| **ELEVEN** QORNELIOUS CAMPBELL | 3/27/2023 | Check #3550 drawn on Company 3's bank account ending in x2360 at Bank 17 payable to Account Holder Q.C. | Account Holder Q.C.'s Credit Union 1 Account ending in x8190 | 4,800.36 |
| **TWELVE** VICTORIA FERRER | 4/5/2023 | Check #6025 drawn on Company 4's bank account ending in x3513 at Bank 1 payable to Account Holder V.F. | Account Holder V.F.'s Bank 1 Account ending in x2887 | $7,500.00 |
| **THIRTEEN** DEVEN LITTLE | 4/17/2023 | Check #14993 drawn on Company 19's bank account ending in x6801 at Bank 12 payable to Account Holder D.L. | Account Holder D.L.'s Bank 8 Account ending in x3935 | $4,950.00 |
| **FOURTEEN** KENNETH COLE | 5/1/2023 | Check #16288 drawn on Company 14's bank account ending in x6572 at Bank 2 payable to Account Holder K.C. | Account Holder K.C.'s Credit Union 1 Account ending in x0050 | $4,988.50 |

| COUNT AND DEFENDANT | DATE | DEPOSITED CHECK | BANK ACCOUNT | AMOUNT |
|---|---|---|---|---|
| **FIFTEEN TAMARIES RICHARDSON** | 5/4/2023 | Check #18188 drawn on Company 14's bank account ending in x7689 at Bank 2 payable to Account Holder T.R. | Account Holder T.R.'s Bank 2 Account ending in x0664 | $5,225.50 |
| **SIXTEEN ARUKURIA LEWIS** | 5/8/2023 | Cashier's Check #9505323444 drawn on Bank 1's Operational Funds payable to Account Holder A.L. | Account Holder A.L.'s Bank 1 Account ending in x1172 | $5,000.00 |
| **SEVENTEEN D'ANDRANIKA LEE'ASIA CREWS** | 5/18/2023 | Check #113915 drawn on Company 9's bank account ending in x9153 at Bank 17 payable to Account Holder D.C. | Account Holder D.C.'s Credit Union 1 Account ending in x7845 | $4,986.42 |
| **EIGHTEEN KENDRICK ILES** | 10/10/2023 | Check #14955 drawn on Company 13's bank account ending in x9925 at Credit Union 3 payable to Account Holder K.I. | Account Holder K.I.'s Credit Union 1 Account ending in x7955 | $6,958.00 |
| **NINETEEN MARK QUESNEL** | 10/20/2023 | Check #3250 drawn on Company 23's bank account ending in x0358 at Credit Union 3 payable to Account Holder M.Q. | Account Holder M.Q.'s Credit Union 1 Account ending in x5152 | $6,140.00 |

| COUNT AND DEFENDANT | DATE | DEPOSITED CHECK | BANK ACCOUNT | AMOUNT |
|---|---|---|---|---|
| **TWENTY KEITH HONORS** | 11/1/2023 | Check #17632 drawn on Company 18's bank account ending in x4397 at Bank 11 payable to Account Holder K.H. | Account Holder K.H.'s Credit Union 2 Account ending in x1719 | $8,680.00 |

All in violation of 18 U.S.C. §§ 1344 and 2.

## FORFEITURE

1.     The allegations contained in Count One through Twenty of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2).

2.     Upon conviction of a violation of 18 U.S.C. § 1344, or conspiracy to violate section 1344 (18 U.S.C. § 1349), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3.     The property to be forfeited includes, but is not limited to, a judgment in the amount of the proceeds each of the defendants obtained as a result of the offenses.

4.     If any of the property described above, as a result of any acts or omissions of the defendants:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third

party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property, which cannot

be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).


_____
Foreperson


ROGER B. HANDBERG
United States Attorney

By: _____
Diego F. Novaes
Assistant United States Attorney
Deputy Chief, Violent Crime and Racketeering Section

By: _____
James C. Preston Jr.
Assistant United States Attorney
Chief, Violent Crime and Racketeering Section

FORM OBD-34
September 24

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

QORNELIOUS CAMPBELL,
KENNETH COLE II,
KENISHA COFFER,
D'ANDRANIKA CREWS,
EBONY FIELDS,
VICTORIA FERRER,
AALIYAH GOTAY-WOODS,
BRE'ASIA HARRIS,
JAUN HILLMAN,
KEITH HONORS JR.,
KENDRICK ILES,
ARKURIA LEWIS,
DEVEN LITTLE,
JOSIE LOPEZ,
CLARISSA MORRIS,
TAMIRIA PERRY,
MARK QUESNEL,
TAMARIES RICHARDSON, and
KALEI SPICER

INDICTMENT

Violations: 18 USC § 1344

████████████████████

Foreperson

Filed in open court this 18th day

Of September, 2024

C. Reaves

Clerk

Bail $_____

GPO 863 525